COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Dana A. Kravetz, Esq. (SBN 179718)
W. Spencer Hamer, III, Esq. (SBN 216241)
Megan E. Ross, Esq. (SBN 227776)
Michelman & Robinson, LLP
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Tel: (818) 783-5530; Fax: (818) 783-5507

ATTORNEYS FOR: Defendant Paychex North America, Inc.

FILED
2012 OCT 18 PM 2:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAN EPPERSON, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>PAYCHEX NORTH AMERICA, INC., a Delaware corporation doing business in California; DAVID DARE, an individual and DOES 1-50, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>ED CV 12 - 01807 VAP (DTBx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PAYCHEX NORTH AMERICA, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| LASHAN EPPERSON | PLAINTIFF |
| PAYCHEX NORTH AMERICA, INC. | DEFENDANT |

October 17, 2012
Date

Sign: /s/ W. S. Hamer

W. Spencer Hamer, III, Esq.
Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES